Alan M. Buie, U.S. Attorney's Office Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Raymond J. Rodgers, Federal Public Defender's Office Northern District of Texas, Fort Worth, TX, for Defendant–Appellant.

Before GARZA, CLEMENT, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Raul Medina, Jr. has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,*

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Medina has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Richard Nicholas CLARK,**
**Defendant–Appellant.**

**No. 07–10619**

**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Aug. 20, 2008.

Christopher R. Wolfe, U.S. Attorney's Office, Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Shawn Wesley Paschall, Westfall Platt Cutrer & Paschall, Fort Worth, TX, for Defendant–Appellant.

Before GARZA, CLEMENT, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

---

The attorney appointed to represent Richard Nicholas Clark has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Clark has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under